**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRIAN SKVARLA, on behalf of
himself and all others similarly situated,

                           Plaintiff,

        -against-                                21 **CIVIL** 55 (ER)

# **JUDGMENT**

MRS BPO, LLC AND JOHN AND
JANE DOES 1- 10,

                           Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 12, 2021, MRS's motion to dismiss Skvarla's complaint is GRANTED, and judgment is entered for MRS.

**Dated:** New York, New York

       July 12, 2021

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                             **BY:**

                                                      **Deputy Clerk**